1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

THORNTON WITHERS,

            Petitioner,

   v.

G.J. GIURBINO, Warden,

            Respondent.

       )
       )
       )
       )
       )
       )
       )
       )
       )
       )

Case No. CV 05-6800 JHN(JC)

ORDER ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

17
18
19
20
21
22
23
24
25
26

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections").[1]  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to

///
///
///

27
28

[1] The Objections refer to three exhibits – declarations of third parties which are not attached.  The first two referenced declarations were separately submitted to the Court by the declarants and are of record.  The third referenced declaration has not been submitted to the Court.

which objection is made.[2]  The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED:  January 10, 2011

_____

HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

---

[2]This Court, in an exercise of its discretion, declines to consider new evidence and arguments presented for the first time in the Objections.  See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).