UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THORNTON WITHERS, | ) | Case No. CV 05-6800 JHN(JC) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| G.J. GIURBINO, Warden, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

January 10, 2011     _____
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE